NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN SLESINGER, INC.,**
*Appellant,*

v.

**DISNEY ENTERPRISES, INC.,**
*Appellee.*

---

2011-1593

(Opposition Nos. 91179064, 91182358, 91183644, 91186026, 91187261, 91188860, 91191230, 91192691, 91194551, 91196019, and 91198046; and Cancellation No. 92046853)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Stephen Slesinger, Inc. moves without opposition for leave to withdraw Andrew D. Skale and Nathan R. Hamler as counsel of record and to substitute the law firm of

Fross Zelnick Lehrman & Zissu, P.C. as counsel of record. Stephen Slesinger, Inc. also moves without opposition for leave for a 30-day extension of time, until February 16, 2012, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. New counsel should promptly file an entry of appearance.

FOR THE COURT

JAN 1 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark E. Miller, Esq.
    Roger L. Zissu, Esq.
    Andrew D. Skale, Esq.
    Nathan R. Hamler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 9 2012

JAN HORBALY
CLERK